1  PETER GOODMAN
   Attorney at Law
2  State Bar No. 65975
   819 Eddy Street
3  San Francisco, California 94109
   Telephone: (4l5) 781-8866
4  Facsimile: (415) 781-2266
   E-Mail: goodmanlawoffice@att.net
5
   Attorney for Plaintiff
6  JEFFREY BUNKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY BUNKLEY, | CV-17-05797 WHO |
| Plaintiff, | **STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| NICHOLAS VERBER, RANDOLPH COUSENES, SAN MATEO COUNTY SHERIFF'S OFFICE and DOES 1-50, | |
| Defendants | |

Plaintiff JEFFREY BUNKLEY, by his attorney, Peter Goodman, and Defendants NICHOLAS VERBER, RANDOLPH COUSENES and SAN MATEO COUNTY SHERIFF'S OFFICE, by their attorney, John C. Beiers, County Counsel of San Mateo County, and Deputy County Counsel Karen Rosenthal, hereby stipulate and agree as follows:

1. On December 20, 2017, Defendants filed a Notice of Motion and Motion to Dismiss and Memorandum of Points and Authorities ("Motion) (Document 16) setting a hearing date of February 14, 2018.

2. On January 5, 2018, the parties filed a Stipulation and Order requesting that the hearing date on the Motion be continued to March 7, 2018, and that the date for the filing of Plaintiff's response to the Motion be enlarged to January 30, 2018, and the date for the filings of Defendants' reply be enlarged to February 21, 2018. (Document

20.) The Court issued an order granted the parties' requests later the same day. (Document 21.)

    3.      The parties had requested one prior continuance in this matter that was granted by the Court modifying the date of the Case Management Conference from January 9, 2018, to January 16, 2018. (Document 15.)

    4.      Plaintiff's counsel is requesting an additional week to file his response to the defendants' Motion. The Defendants are not opposed to that request. The parties therefore stipulate and agree that the time for the filing of Plaintiff's response to the Motion be enlarged from January 30, 2018, to February 6, 2018.

SO STIPULATED

DATED: January 26, 2018

                              /s/
                       PETER GOODMAN
                       Attorney for Plaintiff
                       JEFFREY BUNKLEY

SO STIPULATED

DATED: January 26, 2018

                       JOHN C. BEIERS, COUNTY COUNSEL

        By:                 /s/
                       KAREN ROSENTHAL
                       Deputy County Counsel
                       Attorneys for Defendant
                       NICHOLAS VERBER,
                       RANDOLPH COUSENES and
                       SAN MATEO COUNTY SHERIFF'S
                       OFFICE

///

///

///

///

**ORDER ENLARGING TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Based on the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for Plaintiff to file his response to Defendants' Motion to Dismiss is enlarged to February 6, 2018.

DATED: January 29, 2018

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE