UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BUNKLEY,<br>　　　　Plaintiff,<br>　　v.<br>NICHOLAS VERBER, et al.,<br>　　　　Defendants. | Case No. 17-cv-05797-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 39 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 30, 2018

WILLIAM H. ORRICK
United States District Judge